UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARILYN JOHNICAN,<br><br>　　Plaintiff,<br><br>v.<br><br>SAGE PARK PLACE, INC.; and<br>JAMES LIAKAKOS,<br><br>　　Defendants, | CIVIL ACTION<br>1:13-CV-01417-SCJ |
| REVISA DENEGALL,<br>　　Plaintiff,<br><br>v.<br>SAGE PARK PLACE, INC.; and<br>JAMES LIAKAKOS,<br>　　Defendants, | CIVIL ACTION NO.<br>1:13-CV-02038-SCJ |

## O R D E R

This matter is before the Court on the Parties' Joint Motion to Consolidate Cases [Doc. No. 16]. In their motion, the parties request that this Court consolidate the following actions brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*: 1:13-cv-01417-SCJ and 1:13-cv-02038-SCJ. Under Rule 42(a)(2) of the Federal Rules of Civil Procedure, a district court has the authority to consolidate multiple actions that "involve a common question of law or fact." As explained by

the Eleventh Circuit, Rule 42(a) is "permissive and vests a purely discretionary power in the district court." *Young v. City of Augusta*, 59 F.3d 1160, 1168 (11th Cir. 1995) (internal quotation marks and citation omitted).

Here, the parties seek to consolidate the aforementioned FLSA actions so that the settlement of these matters may likewise be consolidated. As the FLSA actions share common issues of law and fact, the undersigned believes this is a sufficient basis for consolidation. Accordingly, the Parties Joint Motion to Consolidate Cases [Doc. No. 16] is hereby **GRANTED**. As a result, the aforementioned FLSA actions are hereby consolidated into 1:13-cv-01417-SCJ. To effect consolidation, the Clerk is hereby **DIRECTED** to add Revisa Denegall as a plaintiff to civil action number 1:13-cv-01417-SCJ.

All motions pending in 1:13-cv-02038-SCJ are hereby **DISMISSED AS MOOT**. As it is hereby consolidated with 1:13-cv-01417-SCJ, the Clerk is hereby **DIRECTED** to **CLOSE 1:13-cv-02038-SCJ**.

IT IS SO ORDERED, this 12th day of December, 2013.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE